# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MV PENNY LLC d/b/a MASSAGE HEIGHTS,<br>    *Plaintiff*<br><br>V.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br>    *Defendants* | § § § § § § § § § | Cause No. SA-21-CV-00483-XR |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff MV PENNY LLC d/b/a MASSAGE HEIGHTS ("Plaintiff") and Defendant TWIN CITY FIRE INSURANCE COMPANY ("Twin City"), who pursuant to a release and settlement agreement executed by Plaintiff, jointly move this court for entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendant with prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ Martin R. Sadler*_____
Martin R. Sadler
Texas Bar No.: 00788842
Federal ID No.:18230
sadler@litchfieldcavo.com
LITCHFIELD CAVO, LLP
ONE RIVERWAY, SUITE 1000
Houston, Texas 77056
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

ATTORNEY-IN-CHARGE FOR DEFENDANT
TWIN CITY FIRE INSURANCE

and

1

                                         */s/ Cassandra Pruski\**
                                         Robert W. Loree
                                         Texas Bar No. 12579200
                                         rob@lhllawfirm.com
                                         Cassandra Pruski
                                         Texas Bar No.  24083690
                                         cassie@lhllawfirm.com
                                         LOREE & LIPSCOMB
                                         The Terrace at Concord Park
                                         777 East Sonterra Blvd, Suite 320
                                         San Antonio, Texas 78258
                                         (210) 40-1320 (Telephone)
                                         (210) 40-1310 (Facsimile)

                                         ATTORNEY-IN-CHARGE FOR PLAINTIFF
                                         MV PENNY, LLC d/b/a MASSAGE HEIGHTS
                                         \*signed with permission

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above pleading has been forwarded via electronic filing or by facsimile on this 22nd day of July 2022 to the following attorneys of record:

Robert W. Loree
Cassandra Pruski
LOREE & LIPSCOMB
The Terrace at Concord Park
777 East Sonterra Blvd, Suite 320
San Antonio, Texas 78258


                                         */s/ Martin R. Sadler*
                                         Martin R. Sadler