**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MV PENNY LLC d/b/a MASSAGE HEIGHTS, <br> *Plaintiff* | § <br> § <br> § <br> § | |
| V. | § <br> § | Cause No. SA-21-CV-00483-XR |
| TWIN CITY FIRE INSURANCE COMPANY, <br> *Defendants* | § <br> § <br> § <br> § | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 20). Having considered the Motion and proposed Order, the Court is of the opinion that the Motion (ECF No. 20) should be, and us hereby, **GRANTED**.

It is therefore **ORDERED** that the above-captioned lawsuit is dismissed with prejudice to refiling of same.

It is so **ORDERED**.

**SIGNED** this 22nd day of July, 2022.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE